IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs                                              CR NO. 2:24-cr-00366-DCN

**Daniel Cavey**

# PLEA

The defendant, **Daniel Cavey**, having withdrawn his plea of Not Guilty entered July 9, 2024, pleads guilty to **Count(s)** _____**1, 2, and 8**_____ of the **Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
December 17, 2024