IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs                                              CR NO. 2:24-cr-00366-DCN

**Janine Keslar**

## PLEA

The defendant, **Janine Keslar,** having withdrawn ~~his~~ her plea of Not Guilty entered July 9, 2024, pleads guilty to **Count(s)** 1 of the **Indictment,** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
February 12, 2025